Court Name: SOUTHERN DISTRICT OF FLORIDA
Division: 1
Receipt Number: FLS100047333
Cashier ID: vthomas
Transaction Date: 10/22/2012
Payer Name: BILLY KIDWELL
---------------------------------
CIVIL FILING FEE
 For: BILLY KIDWELL
 Case/Party: D-FLS-1-12-CV-023829-001
 Amount:       $350.00
---------------------------------
CHECK
 Check/Money Order Num: 8275595
 Amt Tendered: $350.00
---------------------------------
Total Due:      $350.00
Total Tendered: $350.00
Change Amt:     $0.00


Returned check fee $53


Checks and drafts are accepted
subject to collection and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.