UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

FILED by _____ D.C.

DEC 17 2012

STEVEN M. LARIMORE
CLERK U.S. DIST CT
S.D. of FLA – MIAMI

TOM HUBBERT
121 Brownhill Lane
Ringgold, Georgia, 30736
          Plaintiff
And

LINDA HUBBERT
121 Brownhill Lane
Ringgold Georgia, 30736
          Plaintiff

And

BILLY RAY KIDWELL
5064 Silver Bell Drive
Port Charlotte, FL. 33948,
          Plaintiff

AND

TANA KIDWELL
5064 Silver Bell Drive
Port Charlotte, FL. 33948,
          Plaintiff

And

HANNAH KIDWELL
A Minor Child
5064 Silver Bell Drive
Port Charlotte, FL. 33948,
          Plaintiff
     v.

CARNIVAL CORPORATION
DBA Carnival Cruise Lines
3655 N.W. 87th Ave.
Miami, Fl. 33178,
          Defendant

And

:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

Case No.

12-23829-CIV-COHN-SELTZER

SECOND AMENDED VERIFIED

COMPLAINT, OF GREAT PUBLIC

IMPORTANCE, SEEKING DAMAGES

FOR BIOTERRORISM ATTACK ON

THE UNITED STATES, BY CARNIVAL

CRUISE LINE, A RICO CRIME

FAMILY

With JURY DEMAND

-1-

MICKY ARISON                          :
OWNER, AND CEO,                       :
CARNIVAL CORPORATION                  :
DBA Carnival Cruise Lines             :
3655 N.W. 87th Ave.                   :
Miami, Fl. 33178,                     :
          Defendant                   :
                                      :
And                                   :
                                      :
CENTER FOR DISEASE CONTROL            :
AND PREVENTION,                       :
1600 Clifton Road                     :
Atlanta, Georgia 30333,               :
          Defendant                   :
                                      :
And                                   :
                                      :
"UNKNOWN AGENTS" OF THE CENTER        :
FOR DISEASE CONTROL AND               :
PREVENTION,                           :
1600 Clifton Road                     :
Atlanta, Georgia 30333,               :
          Defendant                   :

## I. VERIFIED SECOND AMENDED COMPLAINT FOR DAMAGES

1. This Second Verified Complaint adds three Defendants, the Owner of Carnival, Micky Arison, whom Plaintiffs have recently learned set the Policy to harm them, the United States Center for Disease Control[1], and "*Unknown Agents*" of the CDC, pursuant to the doctrine of <u>Bivens</u> <u>v.</u> <u>Six Unknown Federal Agents</u>, 403 U.S. 388 (1971), all of whom Plaintiffs *recently* learned were actors in harming Plaintiffs.

---

[1] Hereinafter the United States Center for Disease Control is referred to as simply the "CDC".

2. Since filing the Original Complaint, despite intentional Obstruction by Defendants, Plaintiffs have learned that Carnival Cruise Lines operates like a **Rico Crime Family**, *committing any crime to maximize profits*, and is directed by Micky Arison, one of the richest, and most powerful people in the world, who is the owner of Carnival, and runs Carnival like a Mafia Crime Boss.

3. Plaintiffs learned that hundreds of thousands of Carnival Passengers, including all of the Plaintiffs, have been **SECRETLY** exposed to highly contagious diseases, and sent all over the United States, in a Bioterrorism Attack on America by the Defendants, making this a case **"*Of Great Public Importance*"**.

4. Plaintiffs learned that Carnival gets away with its wrongful, *and often Criminal*, conduct due to the Federal Agency entrusted with policing the cruise industry, the CDC, being "*Wrongly Influenced*", and so completely controlled by Carnival, that the CDC, and "*Unknown Agents*" of the CDC, conspire with, and are active partners with, Carnival in its ongoing wrongful, and often illegal, conduct.

5. Defendant(s) are engaged in a massive Bioterrorism Attack on the United States, and a cover-up of the Bioterrorism Attack, that severely harmed the Plaintiffs, **and endangers America.**

6. Plaintiffs need to file this Second Amended Complaint, **Pro Bono Publico**, to expose the Bioterrorism Attack, and cover-up, harming hundreds of thousands of citizens, including Plaintiffs, and threatening the Security of the United States.

7. Plaintiffs also need to file this Second Amended Complaint for Plaintiff(s) to receive any fundamental fairness, honesty, or Due Process in this case.

8. The Defendants have not yet filed an answer, or response to the Original Complaint, and therefore are not prejudiced by the filing of this Second Verified Amended Complaint.

9. The five (5) Plaintiff's in this case are proceeding *Pro Se* and seek a very liberal construction of their action pursuant to the doctrine of Haines v. Kerner, 404 U.S. 519 (1972).

## II. THE PARTIES AND JURISDICTION

10. This is an action seeking damages in excess of $75,000.00, exclusive of interests, costs, and attorney's fees, *if applicable*.

11. Most of the torts, at issue in this lawsuit, occurred in the State of Florida, prior to any of the Plaintiffs boarding, or placing a foot, on a Carnival Ship, and therefore are clearly controlled by Florida Law.

12. Torts that occurred on land in Florida, and/or while the Carnival Legend was docked and tied to a Florida Port in Tampa, Florida, in waters solely under the territory, and jurisdiction, of the State of Florida are governed by Florida Law.

13. Torts that started under Florida Jurisdiction, and/or in Florida Territorial Waters, and continued during the

Plaintiff's Carnival Cruise, into international waters, are governed concurrently by both Florida Law, and Admiralty, or Maritime Jurisdiction.

14. Federal Subject Matter Jurisdiction arises under, and is by virtue, of Diversity of Citizenship pursuant to 28 U.S.C. § 1332, as this is a civil action where the matter in controversy exceeds the sum, or value, of $75,000.00, exclusive of interest, and costs, and is between Citizens of different States, and/or Citizens of a State, and Citizens, or Subjects, of a Foreign State, and is governed by Florida Law.

15. This action also has torts that arise under, and is by virtue of the Admiralty, or Maritime Jurisdiction pursuant to 28 U.S.C. §1333.

16. This Court also has jurisdiction pursuant to the RICO Civil Statutes.

17. Plaintiffs, who are proceeding *Pro Se* shall let this Court, in its wisdom, decide which jurisdictional Statutes are appropriate.

18. This action is being filed in the United States District Court in Miami, as requested by the Defendant in the venue selection clause in the Passenger Ticket(s)[2] issued by the

_____

[2] Although Plaintiffs agree with the United States Supreme Court in Carnival Cruise Lines, Inc. v. Shute, 499 U.S. 585 (1991) that clauses in Carnival Passenger Ticket Contracts are subject to judicial scrutiny for fundamental fairness, and although the facts in this case prove that if there was a

Defendant, said venue not being contested by Plaintiffs, and agreed to by all parties, although Plaintiff(s) do contest the validity, and authority, of the alleged Carnival Passenger Ticket Contract.

19. Plaintiff, Tom Hubbert, is a resident of the State of Georgia.

20. Plaintiff, Linda Hubbert, is a resident of the State of Georgia.

21. Plaintiff, Billy Kidwell, is a resident of the State of Florida, and was living in Ringgold, Georgia with his Brother, Tom Hubbard, <u>at the time</u> he purchased his Passenger Ticket issued by the Defendant, which was purchased from the Chattanooga Tennessee AAA.

22. Plaintiff, Tana Kidwell, is a resident of the State of Florida, and was living in Ringgold, Georgia with her Brother-In-Law, Tom Hubbard, <u>at the time</u> she purchased her Passenger Ticket issued by the Defendant, which was purchased from the Chattanooga Tennessee AAA.

23. Plaintiff, Hannah Kidwell, a minor child, is a resident of the State of Florida, and was living in Ringgold, Georgia with her Uncle, Tom Hubbard, <u>at the time</u> her father, Billy Kidwell, purchased her Passenger Ticket issued by the

---

Passenger Ticket Contract it was the "*fruit*" of fraud, deception, dishonesty, and a "*Bait and Switch Scheme by Carnival*", and clearly <u>NOT</u> fundamentally fair, <u>or binding</u>, pursuant to the facts of this case, and well-settled law, the Plaintiffs willingly accept the Defendants preferred forum for this case.

Defendant, which was purchased from the Chattanooga
Tennessee AAA.

24. The Defendant, Carnival Corporation, *which operates like a
Rico Mafia Crime Family*, is controlled by Micky Arison, and
incorporated in Panama, in a scheme to avoid United States
Taxes, and Laws. This Defendant is authorized to do
business in Florida, as a foreign For Profit Corporation,
and at all times material hereto was, and is, doing
business in Miami-Dade County, Florida.

25. The Defendant, Carnival Corporation, at all times material
hereto, personally, or through an agent, in the County, and
in the District, in which this Complaint is filed:

    a. Operated, conducted, engaged in, or carried on a
    business venture in this state, and/or County; and/or

    b. Had an office, or agency, in this state, and/or County;
    and/or
    c. Engaged in substantial activity within this state;
    and/or

    d. Committed one, or more, of the acts stated in Florida
    Statutes, Sections, 48.081, 48.181, or 48.193;

26. The Defendant, Micky Arison, runs the Carnival Corporation
like a Rico Mafia Crime Family, with a total disregard for
America's Laws, and with no morals, as he intentionally
harms hundreds of thousands of American Citizens, including
women, the elderly, and minor children, while he threatens

the very security of the United States with a massive
Bioterror Attack, *for money*, to "maximize" Profits for the
Company he owns. This Defendant, at all times relative to
this lawsuit, committed the alleged acts in the County, and
District in which this lawsuit is filed.

27. Defendant, Center for Disease Control and Prevention, is a
United States Federal Agency in Atlanta Georgia, required
to abide by the Freedom of Information Act, and this agency
has a Statutory Duty to protection Americans from Ships at
America's Ports that pose "*Imminent Health Risks*" pursuant
to the Public Health Service Act 42 U.S.C. Section 264.

28. Defendant, "*Unknown Agents*" of the Center for Disease
Control and Prevention, is each CDC Officer, *no matter how
high*, and/or each employee, involved in obstructing the
Plaintiff's Access to this Court, by blatantly violating
the Freedom of Information Act.

29. This Defendant also includes each CDC Officer, *no matter
how high*, and/or employee, involved in the ongoing
Bioterrorism Attack on the United States, that harmed the
Plaintiffs.

30. This Defendant includes CDC employees, and/or agents, or
other individuals employed by the CDC in the CDC Vessel
Sanitation Program, including the inspectors that inspected
the Carnival Legend shortly before the Plaintiff's Cruise,
and failed to notify the public of the many Imminent Health
Hazards, and failed to protect the public, and America,
from Ships at America's Ports that pose "*Imminent Health*

*Risks"* pursuant to the Public Health Service Act 42 U.S.C. Section 264.

31. Defendant, *"Unknown Agents"* of the Center for Disease Control and Prevention, is being sued pursuant to the doctrine of <u>Bivens v. Six Unknown Federal Agents</u>, 403 U.S. 388 (1971).

## III. JURY TRIAL

32. Plaintiffs seek a Jury Trial despite the alleged Carnival Passenger Ticket Contract prohibiting a Jury Trial, since;

(a) Most of the torts occurred *prior* to any of the Plaintiff(s) coming under the jurisdiction of the alleged Carnival Ticket Contract, if this Court should find that said alleged Ticket Contract is valid, or had any force at all, under the circumstances.

(b) The alleged Carnival Passenger Ticket Contract is fundamentally unfair, and the *"fruit"* of dishonesty, and a *"Bait and Switch"* Scheme by the Defendant, Carnival Corporation, and therefore is not binding, and has no force in the instant case, and therefore cannot restrict Plaintiff's right to a jury trial.

(c) This case is governed by Florida Law, and Florida Law gives the Plaintiff(s) a right to a jury trial.

33. THEREFORE, Plaintiffs <u>DEMAND</u> a jury trial.

## IV. FACTS

### *Plaintiffs Contract with Carnival*

34. In early 2011 Plaintiffs Billy Kidwell, and Tommy Hubbert, who are brothers, had recently lost two siblings, a brother named Jim Kidwell, and their sister Connie Kidwell.

35. Being elderly, and in poor health, Plaintiffs Billy Kidwell, and Tommy Hubbert, who are both on fixed incomes, decided to go in debt and have one family cruise together, with their families, before they die.

36. Plaintiffs started researching different cruises, and as part of their research made a number of phone calls to the Defendant, Carnival Cruise Lines, which informed Plaintiffs that the Carnival Internet Website at www.Carnival.com contained the complete information about Carnival Cruises.

37. Plaintiff(s) went to the Carnival Website multiple times for at least a six (6) month time period *prior* to purchasing tickets for the October 23, 2011 to October 30, 2011 Cruise at issue in this lawsuit.

38. During this whole six (6) month time period Plaintiffs were researching taking a Carnival Cruise there was **NO** Carnival Ticket Contract posted anywhere on Carnival's public website.

39. The only contract posted on the Carnival Public Website was a Vacation Guarantee Contract, *attached to the Original Complaint in this case*, where Carnival claims it has the best Vacation Warranty in the business, and promises to

refund the cost of the cruise, *for any reason*, and pay for the passenger's flight back to the United States, if the passenger notifies Carnival, before arriving at the first port, that the passenger wants to invoke the Carnival Vacation Warranty.

40. Plaintiff, Billy Kidwell, called Carnival on the phone and was informed that Carnival had a seven (7) day cruise out of Tampa that would go to four (4) different countries for the cruise of a lifetime Plaintiffs were seeking.

41. Based on the promise of going to four (4) countries, and the firm promise, and advertising, on Carnival's Internet Website, where Carnival transacts its business, with a Vacation Guarantee **CONTRACT**, promising the Plaintiffs could cancel the cruise for any reason prior to arriving at the first port, **which was the ONLY Contract posted on Carnival's Internet Website,** the Plaintiffs purchased tickets for the seven (7) day, four (4) country cruise on the Carnival Legend out of Tampa, Florida from October 23, 2011 to October 30, 2011.

42. *Specifically*, there was **NO ALLEGED PASSENGER TICKET CONTRACT** posted anywhere on Carnival's Internet Website.

43. After entering into a firm **CONTRACT** with Carnival, and paying Carnival in full, and making arrangements for the cruise, planning for the cruise, and after the Kidwell Plaintiffs hired a house sitter, and hired individuals to care for Plaintiff's four (4) Japanese Chin Dogs, the Defendant tried to sneak in a Passenger Ticket Contract, in

a bunch of papers Plaintiffs were told they needed to sign before taking the cruise.

44. After carefully reading the Passenger Ticket Contract the Plaintiffs discovered the document was unreasonable, and required the Plaintiffs to give up just about all of their Statutory, and Constitutional, Rights, including Americans with Disability Act Rights, the right to file a Class Action, and in essence for Plaintiffs to become Third World Citizens, with nearly no rights, all as a requirement for doing business with Carnival.

45. Plaintiffs also found that the printed Carnival Ticket Contract Form conflicted with, and directly contradicted, the highly advertised Carnival Vacation Warranty, which was the ONLY Contract posted at the Carnival Internet Website.

46. When Plaintiffs, and Carnival, entered into the Original Agreement for the cruise Plaintiffs were told by Carnival, *on the phone*, that **ONLY** Agreements at the Carnival Website applied, and there was **NO CARNIVAL TICKET CONTRACT** on their website.

47. Finding the alleged Passenger Ticket Contract offensive to everything America stands for, and being offended that Carnival tried to SECRETLY sneak in the Carnival Passenger Ticket Contract, after all parties had already agreed to terms, and after Plaintiffs had paid in full, the Plaintiffs immediately called Carnival on the phone.

48. The Carnival Representative on the phone, after Plaintiffs engaged in a somewhat heated discussion because of the

extremely dishonest "*tactics*" by Carnival, trying to sneak in a secret Passenger Ticket Contract, **AFTER** all parties had agreed to a different contract, and **AFTER** the Plaintiffs had paid in full, Carnival's Representative told the Plaintiffs "***Just sign the form and don't worry about it. We <ins>ONLY</ins> go by the advertised Vacation Guarantee Contract posted at our website.***"

49.  Plaintiffs expressed concern about signing a document that directly contradicted the highly advertised Carnival Vacation Guarantee Contract that all parties had agreed to.

50.  The Carnival Representative on the phone stated "***We are changing policies. The <ins>only</ins> agreement we go by is the Vacation Guarantee at our website. But if you are that worried get a camera and take pictures of the Vacation Warranty on our website, as proof that's what we go by.***"

51.  Plaintiff, Billy Kidwell, hung up the phone, and took a video of the Carnival Website, *following the instructions of the Carnival Representative*, to prove that the alleged Carnival Ticket Contract had no force, and that there was **NO** Carnival Ticket Contract posted at the Carnival Website, that it was **ONLY** the Carnival Vacation Guarantee that all parties had agreed to.

52.  Plaintiff then signed the alleged Carnival Ticket Contract Form, *believing the Carnival Representative that the form was outdated, and had no force*, despite still being required for the cruise, and believing that the posted Carnival Vacation Guarantee **CONTRACT** at the Carnival Website was the <ins>ONLY</ins> binding Contract between all parties.

-13-

53. This is proven by the video Plaintiff took of Carnival's website, already provided to Carnival's Attorneys.

## Carnival's Dishonesty and Failure to Provide a Safe Ship

54. On October 23, 2011 the five Plaintiffs arrived at the Carnival boarding area at the Port of Tampa for their Carnival Legend Cruise.

55. Carnival knew there was a Hurricane forming in the Gulf and intentionally did not tell the passengers, including Plaintiffs, that the Carnival Legend would be going into the hurricane, and/or missing ports of call, going to less than the four (4) different countries advertised for the cruise, and that the cruise would be extremely rough, and possibly dangerous.

56. If Plaintiffs had known that there was a Hurricane forming in the Gulf, and/or that they would not be going to four countries, as agreed, they would have immediately canceled their cruise.

57. Plaintiffs continued with the cruise solely because of massive dishonesty by Carnival and Micky Arison.

58. All of the Defendants knew, *or should have known*, that a recent CDC Vessel Inspection had discovered that the Potable Water on the Carnival Legend was contaminated with Coliforms, which indicate contamination, requiring additional tests for E-Coli before the water would be safe for human use.

59. All of the Defendants knew, *or should have known*, that
    there was **NO RECORDED FOLLOW-UP TEST FOR E-COLI**, on the
    Carnival Legend, as required.

60. All of the Defendants knew, *or should have known*, that the
    recent CDC Vessel Inspection revealed that the Carnival
    Legend didn't even have an E-Coli Test Kit, and that even
    if they did have one, that ship personnel did not know how
    to operate, and record, the results from an E-Coli Test.

61. All of the Defendants knew, *or should have known*, that
    Potable Water, *under these circumstances*, was required by
    every state in America, and by the World Health
    Organization, to be issued a "*Boil Alert*", and to be
    boiled, for at least a minute, before any human use.

62. All of the Defendants knew, *or should have known*, that the
    Potable Water on the Carnival Legend, that Passengers would
    drink, shower in, wash their hands with, and used in the
    Food Service Facilities, **for a week**, was in effect **Disease
    Infected Human Poop Water**.

63. All of the Defendants knew, *or should have known*, that the
    recent CDC inspection had also found that the Carnival
    Legend Recreation Water Facilities posed an **Imminent Health
    Risk**, and that the CDC had recommended that the ship's
    Recreational Water Facilities be IMMEDIATELY CLOSED.

64. All of the Defendants knew, *or should have known*, that the
    Carnival Legend's Dishwashers were clogged, and either did
    not wash, or did not rinse dishes, leaving them filthy, and

that those dishwashers had a long, documented history of not operating properly.

65. All of the Defendants knew, *or should have known*, that the Carnival Legend's Pot Washers were clogged, and in a state of disrepair, and had a long, documented history of not operating properly.

66. All of the Defendants knew, *or should have known*, that the Carnival Legend's Dishwashers, and Pot Washers, used the Ship's **Contaminated Potable Disease Infested Human Poop Water** to "*clean*" the ship's dishes, and cooking utensils.

67. All of the Defendants knew, *or should have known*, that the Carnival Legend's Food Service would be using the Ship's **Contaminated Potable Disease Infested Human Poop Water** in the food prepared on the ship, for the week long cruise.

68. All of the Defendants knew, *or should have known*, that the Carnival Legend posed so many Imminent Health Hazards, that the Public Health Service Act, 42 U.S.C. Section 264 placed a **DUTY** on the CDC to have the Surgeon General of the United States Issue a **"*Do Not Sail ORDER*"** for the Carnival Legend.

69. The Defendants Carnival Cruise Line, and Micky Arison, had a DUTY to provide Plaintiffs a safe ship, with potable water that was properly tested, not contaminated, and fit, and safe, to drink.

70. The Defendants Carnival Cruise Line, and Micky Arison, had a DUTY, to provide a cruise ship with properly operating

dishwashers, pot washers, and a clean Food Service without Imminent Health Hazards.

71. The Defendants Carnival Cruise Line, and Micky Arison, had a DUTY to provide Water Recreational Facilities on the Carnival Legend that did not pose Imminent Health Hazards.

72. Defendants, Carnival Cruise Line, and Micky Arison, with Malice, and with the specific intent to harm the Plaintiffs, violated those duties.

73. All of the Defendants knew, *or should have known*, that each of the Defendants, Carnival Cruise Line, Micky Arison, the CDC, and the "*Unknown*" CDC Defendants, had a **DUTY** to make the passengers, *including Plaintiffs*, fully aware of all the Imminent Health Hazards on the Carnival Legend.

74. All of the Defendants knew, *or should have known*, that each of the Defendants, Carnival Cruise Line, Micky Arison, the CDC, and the "*Unknown*" CDC Defendants, had a **DUTY** to make the passengers, *including Plaintiffs*, fully aware, that the passengers on the Carnival Legend were being "*Secretly*" given Contaminated Human Poop Water, for a week to drink, shower, wash, and have their food cooked in.

75. The Plaintiffs, three of whom are elderly, and in poor health, one of whom is a minor child, and one a middle aged female, would **NEVER** have willingly risked their lives, and agreed to drink, wash, bathe in, and eat food made with **Disease Infected Human Poop Water** on the Carnival Legend, for a week, for any amount of money.

76. Defendant(s) Micky Arison, and Carnival Cruise Lines, had a
    <u>DUTY</u> to provide Plaintiffs a safe ship, with clean Potable
    Water, clean, and safe, Recreational Water Facilities, Pot
    Washers, and Dishwashers that were functional, and clean
    Food Service Facilities that did not cook using Disease-
    Ridden Human Poop Water.

### *The Motive*

77. The Carnival Legend runs non-stop, from week to week, on
    seven (7) day cruises out of the Port of Tampa.

78. Defendants Carnival Cruise Lines, and Micky Arison, knew
    that it would cost them several million dollars to have the
    filthy, Disease-Laden, Carnival Legend miss a trip, or two,
    while Carnival super-chlorinated, and flushed, and repaired
    the contaminated potable system on the Carnival Legend, so
    to maximize profits, they found ways to wrongly influence
    the CDC inspectors, and with extreme malice, gave
    Contaminated, Human Poop Water to around 1,124 passengers
    each week, that took a cruise on the Carnival Legend,
    including Plaintiffs.

79. Defendants Carnival Cruise Lines, and Micky Arison,
    intentionally endangered the lives of around 1,124 Carnival
    Legend Passengers each week, including the elderly, and
    minor children, *including Plaintiffs*, and there is a strong
    probability a number of passengers have been killed in the
    Defendant's quest to maximize profits, never knowing that
    they were given Human Poop Water to drink for a week, that
    gave them their fatal illness.

### *Intentional Violation of the Carnival Vacation Guarantee*

80. After the Carnival Legend left the Port of Tampa, *so the passengers could not disembark*, the passengers were first told that there was a tropical storm that would become a powerful hurricane was in the Gulf.

81. Prior to arriving at the first port of call the Plaintiffs, *not wanting to endanger their lives in a hurricane*, went to the information desk, *as directed*, and waited for hours trying to find someone working the desk so that they could invoke the Carnival Vacation Warranty.

82. When a ship employee did arrive the five (5) Plaintiffs were told that Carnival could not honor their Vacation Warranty because the first Port had its Airport closed because of the impending Hurricane.

83. Plaintiffs went to their room and turned the news on the TV, and filmed it, to document that Carnival had failed to take Plaintiffs to a First Port of Call, with a working Airport, so that Carnival could fly Plaintiffs back to the United States, as advertised in their Warranty Contract.

84. The Defendants Carnival Cruise Line, and Micky Arison, intentionally, and with malice, violated their highly advertised Vacation Guarantee Warranty, and like all of the other fraudulent dealings by these two extremely dishonest Defendants, it is extremely clear, to any "*Reasonable Person*", that Carnival, and Micky Arison, never, at any time, intended to honor their Vacation Warranty, and the highly advertised Carnival "*Best in the Business*" Vacation

Warranty is nothing more than another con game by Micky Arison, one of America's most deplorable, and dishonest businessmen.

### Injuries from Carnival Not Honoring It's Vacation Warranty

85. The refusal of Carnival to honor its Vacation Warranty forced the Plaintiffs, which included two severely disabled, elderly adults, a minor child, and a female, to stay on the Carnival Legend, in the middle of a hurricane, against their wishes suffering bruises, extreme illness, falling down, and actually being thrown from their bunks, the water got so rough.

86. Plaintiff, Billy Kidwell, took pictures, and filmed, extremely large bruises his wife Tana suffered as she was thrown around their small cabin during the hurricane.

87. Plaintiff, Bill Kidwell, was thrown down, injuring his already bad back, and bruising his elbow, on the way to the dining room to eat.

88. Plaintiff's minor child was thrown into the bathroom door.

89. Plaintiffs were suffered so much mental anguish during one night, the hurricane was so extremely bad, that they went to a different level, where the lifeboats were, and spent most of the night next to the lifeboats, and filmed how the lifeboats were not maintained.

### *Plaintiff's Gastrointestinal Illness or E-Coli*

90. Plaintiffs, being intentionally deceived by Defendants Carnival Cruise Line, Micky Arison, and the CDC, embarked on the Carnival Legend and spent a week, unknowingly drinking Carnival Disease-Infested Poop Water, and unknowingly swimming in Recreational Water Facilities that are so filthy, and dangerous, that the CDC Inspectors recommended that they be immediately closed.

91. **Naturally all of the Plaintiffs became deathly ill.**

92. Plaintiffs noticed vomit in the restroom on the first level as they went to eat, in the hall, and on the top level by the pool, and at other places throughout the ship, so they knew a substantial number of other passengers were also ill.

93. All five (5) Plaintiff(s) sporadically suffered extremely severe, Gastrointestinal Illness, E-Coli, and/or the life-threatening Norovirus[3], for the duration of that cruise, and for about two weeks thereafter.

94. The five (5) Plaintiffs suffered Stomach Cramps, and/or Stomach Pain, Sporadic Fever, Diarrhea, Nausea, and the most violent Vomiting they have ever experienced.

_____

[3] According to the United States Center for Disease Control the Norovirus is responsible for about 70,000 hospitalizations, and 800 deaths each year.

95. The main illness of the five (5) Plaintiffs started on the first day of the cruise, October 23, 2011 and lasted till approximately November 9, 2011, about a week, and a half, to two weeks, after the cruise.

96. Plaintiffs informed Carnival Legend Ship Personnel that they were extremely ill and were told to go to the information desk on the main level where passengers planned shore excursions.

97. When the Plaintiffs went to the information desk it was unmanned, and there were a number of other passengers standing around wanting to complain about the cruise.

98. It appeared that Carnival didn't have anyone operating the Ship's Information Desk because they didn't want to take Complaints about the cruise, or have the ship-wide illness documented.

99. Plaintiff(s) Billy Kidwell, and his wife, went back to the Information Desk several times because they, and their minor daughter, were all sporadically getting sick, starting to get Sporadic Fevers, Sporadic Stomach Cramps, the "*Runs*", Nausea, and sporadically throwing up.

100.    At last they found a Carnival Employee working the information desk and after describing all those symptoms Billy, and Tana Kidwell were told that **"*Most of the Ship was Sea Sick because of the rough water from the Hurricane they were going through*"** and the Carnival Employee stated that the Kidwell Plaintiffs were merely Sea Sick too, and that they would get over it in time.

101.    Plaintiff Tom Hubbert was extremely ill, and his wife was just starting to get ill, and both went to the information desk complaining that Tom Hubbert had Stomach Pain, Nausea, Sporadic Fever, Diarrhea, and was vomiting violently.

102.    The information desk told Tom Hubbert that he was merely Sea Sick and sold him some Sea Sick Pills.

103.    The Defendants Carnival Cruise Line, and Micky Arison, know that when a passenger reports two, or more, symptoms of a Gastrointestinal Illness, *like all five Plaintiffs did*, that the Defendants are required to report the Gastrointestinal Outbreak to the CDC.

104.    The Defendants Carnival Cruise Line, and Micky Arison, have a policy of engaging in intentional fraud, by misdiagnosing passengers with a Gastrointestinal Illness, lying to the passenger, and telling them that they are merely Sea Sick, so that Carnival can falsify records, and say there were no cases of Gastrointestinal Illness on their ship.

105.    The Defendant, Carnival Cruise Line, intentionally, and with extreme malice, misdiagnosed all five (5) Plaintiffs, to cover up that they had a Gastrointestinal Illness on the Carnival Legend on the October 23, 2011 to October 30, 2011 Carnival Legend Cruise.

106.    The intentional misdiagnosing of the illness of the five (5) Plaintiffs endangered their lives, and resulted in the Plaintiffs not receiving the proper medical care, or

even seeking the proper medical care, or properly documenting their illness which was the primary motive of the Defendants, all because the Carnival Defendants deceived the Plaintiffs, and told them that **"They were merely Sea Sick."**

107.    Plaintiff, Billy Kidwell, was so ill he fell down in the dining room during one meal, almost passing out, and was so sick he had to miss the Formal Night Dinner, and the Formal Night Pictures, with his family.

108.    The diseases intentionally inflicted on Plaintiff, Tom Hubbert, by the Defendants made Tom Hubbert deathly ill and cost Tom Hubbert over twenty-six thousand dollars ($26,000.00) in medical bills.

109.    The diseases intentionally inflicted on Plaintiff, Linda Hubbert, by the Defendants almost killed her, and cost Linda Hubbert over twenty-five thousand dollars ($25,000.00) in medical bills.

110.    The diseases intentionally inflicted on the Kidwell Family by the Defendants could have killed them because the Kidwell Family were intentionally misdiagnosed by Defendants, and intentionally deceived about the Poop water Defendants gave them to drink, which resulted in the Kidwell Family not getting proper medical care.

111.    Plaintiffs had a right to know about the poop water they drank, and the diseases intentionally inflicted on them, so that they could obtain proper medical care.

## *A Bioterrorism Attack so Carnival can Maximize Profits*

112.    The Carnival Legend runs continuously every week out of Tampa on seven (7) day cruises, arriving in Tampa on Sunday, spending a few hours at Port to disembark passengers, luggage, and then to take on new passengers, luggage, and supplies, leaving for a new cruise on the same Sunday.

113.    Each week some 1,124 passengers take a cruise on the Carnival Legend, being tricked into drinking Disease-Infested Human Poop Water for a week, and subjected to the inhuman, deplorable, conditions described herein.

114.    CDC records prove that Carnival Cruise Lines, and Micky Arison, have intentionally exposed at least 114,686 of their Cruise Passengers, just from one filthy ship, the Carnival Legend, to highly contagious diseases, such as E-coli, and the Norovirus, and sent them all over America to cause disease outbreaks.

115.    Those numbers are from just one filthy Carnival Ship, and Carnival has at least twenty-four (24) cruise ships while Defendant Micky Arison owns Eleven Cruise Ship Brands.

116.    It is entirely possible that every E-coli, and/or Norovirus, outbreak in America can be traced back, in some way, to Micky Arison, and his filthy cruise ships, that are unregulated, and above the law, because of his wrongful influence over the CDC.

117.    Hundreds of thousands of passengers have been exposed
to contagious diseases by Carnival, and/or Micky Arison,
and it probable that there have been a substantial number
of deaths, especially of the elderly, and/or minor
children, caused by this ongoing Bioterrorism Attack on
America, fueled by Micky Arison's complete lack of morals,
lack of respect for America's Laws, and inhuman obscene
greed.

118.    Plaintiffs contacted the CDC and were surprised to
find that the CDC internet website fraudulently stated
there were no Gastrointestinal Illnesses on the Carnival
Legend.

119.    Plaintiffs then provided the Director of the CDC, Dr.
Thomas R. Frieden proof that all five (5) Plaintiffs were
victims of a Gastrointestinal Illness on the Carnival
Legend, despite proof not being required pursuant to CDC
Policy, which only requires two, or more, symptoms of a
Gastrointestinal Illness.

120.    CDC Director Dr. Thomas R. Frieden refused to honestly
post that there had been Gastrointestinal Illnesses on the
Carnival Legend, as he intentionally lied on the CDC
website, to protect Carnival, and its Billionaire Owner,
Micky Arison.

121.    Plaintiffs contacted the CDC and made the CDC fully
aware that 1,124 passengers were being exposed to E-Coli,
the Norovirus, and other extremely contagious diseases and
sent all over the country, possibly causing the many
disease outbreaks nationwide, and the CDC did not care,

refused to respond, and tried to stonewall the Plaintiffs to cover-up the massive disease threat posed by Carnival.

122.   Plaintiffs asked the CDC for public information about the CDC Vessel Inspection Program and the CDC violated its own rules and refused to provide Plaintiffs any information, **OBSTRUCTING** Plaintiffs in learning about the massive Bioterrorism Attack on America by Carnival.

123.   We know that the Carnival Legend Potable Poop Water is infected with E-Coli, since tests prove it gave E-Coli to Plaintiff Linda Hubbert.

124.   As of December 14, 2012 the CDC has intentionally deceived, and assisted Carnival Cruise Lines in Secretly giving contaminated this **Carnival Human Poop Water with E-Coli**, to **OVER One Hundred and Fourteen Thousand (114,000) Carnival Passengers**, causing untold numbers to become deathly ill, endangering the whole country, and especially endangering Tampa Florida, a city frequented by Plaintiffs, where all 114,000 had to pass through.

125.   Plaintiff Billy Kidwell, and his family, have to pass by, and mingle with, the 114,000 Carnival Passengers, intentionally Secretly exposed to the E-Coli Poop Water, and other contagious diseases by Carnival, Defendant Micky Arison, and the CDC, because Plaintiff Billy Kidwell, and his family, regularly visit the VA Hospital in Tampa, and often travel to Tampa to shop, to go to Busch Gardens, and to visit friends, and visit the Lowery Park Zoo.

126.   Plaintiffs are **being endangered on each trip due to 114,000 individuals being secretly exposed to E-Coli, and the Norovirus by Defendants** constantly traveling through Tampa.

127.   Plaintiffs Billy Kidwell, Tana Kidwell, and their Minor Child Hannah Kidwell have a **RIGHT** not to be intentionally endangered by 114,000 Carnival Disease Carriers, and this Court has a **DUTY** to issue an Appropriate Protective ORDER requiring the CDC to "*Do its DUTY*" and immediately stop the intentional endangerment of Plaintiffs, and all of America, by the Carnival Defendants.

128.   Plaintiffs shall continue to be substantially endangered, until this Court ORDERS the CDC to do its Statutory DUTY and abide by their own 2011 Vessel Sanitation Manual with its "*Do Not Sail ORDER*" to be imposed against Carnival Ships that pose **Imminent Health Hazards** to Plaintiffs.

129.   All of the Plaintiffs, and every city in America where one of the 114,000 Disease Carrying Carnival Legend Passengers went home to, that were secretly given E-Coli, and Norovirus, infected Human Poop Water to drink for a week on the Carnival Legend, are being intentionally endangered, and shall continue to be substantially endangered, until this Court ORDERS the CDC, and/or Carnival Defendant, to, *in the very least*, be honest with the victims, and let all 114,000 victims know that they were knowingly given contaminated Potable Human Poop Water with E-Coli for a week on the Carnival Legend.

130.    All of the Plaintiffs, and every city in America where
        one of the 114,000 Disease Carrying Carnival Legend
        Passengers went home to, that were exposed to the
        contaminated Recreational Water Facilities on the Carnival
        Legend, despite the CDC finding the Recreational Water
        Facilities to be an **Imminent Health Hazard**, despite the CDC
        recommending that they be immediately closed, must be
        properly informed that they were never closed, or repaired,
        to maximize profits for Defendants Micky Arison, and
        Carnival.

131.    All of America, including each Plaintiff, is being
        intentionally endangered, and shall continue to be
        substantially endangered, until this Court ORDERS the CDC,
        and/or Carnival Defendant, to be honest with the victims.

132.    This Court, the CDC, and Carnival have a Moral Duty to
        tell the 114,000 victims the truth, and to protect hundreds
        of thousands of innocent citizens, including minor
        children, the elderly, and Plaintiffs.

133.    This Court has a **DUTY** to stop this ongoing
        Bioterrorism Attack, by Defendants, on America.


## Freedom of Information Act Violations

134.    Plaintiffs now frustrated by the massive obstruction,
        and dishonesty, by the CDC filed a Formal Freedom of

Information Act[4] Request with CDC Director Dr. Thomas R. Frieden on March 6, 2012, and the CDC Director refused to respond.

135.   Plaintiffs filed a follow-up F.O.I.A. with the CDC on March 8, 2012 and the CDC refused to respond.

136.   Plaintiffs filed a follow-up F.O.I.A. with the CDC on March 19, 2012 and the CDC refused to respond.

137.   Plaintiffs filed a follow-up F.O.I.A. with the CDC on March 27, 2012 and the CDC refused to respond.

138.   On March 28, 2012 Plaintiff, Billy Kidwell, received an e-mail from Audrey Anderson with the CDC saying Plaintiff's ongoing F.O.I.A. request had been assigned a number FOIA # 12-00539.

139.   On April 3, 2012 Plaintiff, Billy Kidwell, still receiving no F.O.I.A. response from the CDC contacted the CDC again stressing that he wanted public records pursuant to the F.O.I.A., and Plaintiff asked for a meeting with the CDC director, which the CDC refused to grant.

140.   Plaintiff also sent 15 Formal E-mail F.O.I.A. Requests to the CDC, 1 on March 19, 2012, 3 on March 27, 2012, 3 on March 30, 2012, 1 on April 3, 2012, 1 on April 6, 2012, 2 on October 5, 2012, 2 on October 9, 2012, 1 on November 8,

---

[4] The Freedom of Information Act is hereinafter referred to as simply the "F.O.I.A.".

2012, and 1 on November 9, 2012, **None of which were responded to by the CDC despite 15 receipts proving the CDC received them.**

141.    On November 28, 2012, after OVER eight (8) months, and twenty-five (25) F.O.I.A. requests, Katherine Norris, the CDC F.O.I.A. Officer, sent a letter to Plaintiff Billy Kidwell stating that the F.O.I.A. Request will now be sent to the area that has records.

142.    As of December 14, 2012, **OVER nine (9) months after Plaintiff made his Formal F.O.I.A. request with the CDC** for records of the CDC Vessel Sanitation Program, and all ties between the CDC and Carnival Cruise Lines, to include gifts to CDC Officials from Carnival, the CDC has still not complied with the F.O.I.A., and is **OBSTRUCTING** Plaintiffs in obtaining any information about the extremely corrupt CDC Vessel Sanitation Program.


*History of Criminal Conduct by Carnival Requiring VERY Substantial Punitive Damages*

143.    Plaintiffs discovered the Carnival Corporation ignores, and intentionally, violates Federal, and Florida State Laws, if it is profitable to do so, until the Carnival Corporation gets caught, and is forced by the Court(s) to abide by the law.

144.    That the Carnival Corporation is an Anti-American Foreign Corporation, with a complete disrespect for America's Laws.

145.   That the Carnival Corporation has <u>ADMITTED</u> in this Court, on April 19, 2002, that Carnival Cruise Ships tampered with devices intended to monitor waste water dumping in Florida's pristine waters.

146.   That Carnival has <u>ADMITTED</u> in this Court that Carnival Falsified Records, and lied to the government.

147.   That Carnival has <u>ADMITTED</u> that the Carnival Corporation had a "*Policy*" to engage in Felony Criminal Conduct to maximize Carnival's Profits.

148.   That despite this Court fining the Defendant, the Carnival Corporation, Eighteen (18) Million Dollars, and placing Carnival on five years' probation, the facts in this case prove that the Defendant, Carnival Cruise Lines, has never changed its *ongoing* Official Policy of ignoring America's Laws, committing any criminal act, and not caring who the Defendant harms, to maximize profits.

149.   The facts in this case prove that this Court's previous fine of Eighteen (18) Million Dollars, was not nearly substantial enough, to even slightly deter Carnival, which rakes in billions of dollars from its unlawful behavior.

150.   This Carnival Official Policy of committing any crime to maximize profits has resulted in Carnival Cruise Lines committing the many wrongful acts, described herein, including an ongoing Bioterrorism Attack on America, severely harming the Plaintiff(s), and hundreds of thousands of other citizens, ***<u>probably killing some.</u>***

151.   This Carnival Official Policy of committing any crime
       for profit has resulted in proving crime does indeed pay
       for the rich, and this Carnival "Policy" set by Defendant
       Micky Arison has made him the richest man in Florida, and
       one of the richest men in the world with his billions in
       ill-gotten gains.

152.   To show how frivolous a mere Eighteen Million Dollar
       Fine, ***or Eighteen Million Dollars in Punitive Damages***, is
       against Carnival, Plaintiff's research exposed that
       Carnival CEO Micky Arison has recently given himself a
       "*Special Dividend*" of Eighty Nine Million Dollars
       ($89,000,000.00), proving that it will take Punitive
       Damages of at least the **FULL AMOUNT** of Defendant Micky
       Arison's "*Personal Special Dividend*", to get Carnival, and
       Micky Arison to even consider deterring from their *ongoing*
       wrongful conduct.

153.   Defendants Carnival Cruise Line, and Micky Arison, are
       so wealthy, from their ongoing dishonest business "*Tactics*"
       that they go on shopping sprees for Seven Hundred and forty
       million dollar ($740,000,000.00) cruise ships proving that
       any fine, or Punitive Damages less than "*Micky Arison's
       Eighty Nine Million Dollars ($89,000,000.00) Bonus for
       being dishonest*" has no chance of even slightly punishing
       the Carnival Defendants, or deterring their ongoing illegal
       conduct.

154.   In awarding Punitive Damages this Court needs to
       remember Carnival Cruise Lines, and its Moral-Less, Anti-
       American Owner, Micky Arison, are making Billions of
       Dollars, in unearned profits, by endangering the Public,

*and swindling them*, by selling the public tickets for cruises on Dangerous Disease-Ridden Carnival Ships full of Imminent Health Hazards;

(a) Where the Potable Water, given to the passengers to drink, shower in, and wash with for a week, is contaminated, and in essence is no more than **Human Poop Water**, containing E-Coli, and other highly contagious diseases.

(b) Where the Ships' Recreational Water Supply, elderly passengers, and minor children swim in, is also contaminated with E-Coli, and other highly contagious diseases, and is no more than **Human Poop Water**.

(C) Where the Ship's Food Service not only used this **E-Coli Human Poop Water** to prepare food, but the dishwashers do not work, the pot washers do not work, and the ship's food service is so filthy, and disease-ridden, it would not be allowed at a dog kennel, while the passengers unknowingly wash their hands in the **E-Coli Human Poop Water** before going to eat.

155.   And this Court needs to be honest about how extremely wealthy the Carnival Defendants are, and how large the Punitive Damages have to be to actually Punish them, and deter the Carnival Defendants from their wrongful conduct.

156.   The facts prove that the Defendants have acted in a conscious, wanton, intentional disregard for the rights of the Plaintiffs, motivated solely by unreasonable financial gain, and knowing there was a high likelihood Plaintiffs would be harmed, or made extremely ill by their conduct, which entitles each Plaintiff to Punitive Damages.

## V. COUNT 1

### PASSENGER CONTRACT TICKET FRAUD

### A FRAUDULENT BUSINESS PRACTICE PURSUANT TO FLORIDA LAW

157.    The Plaintiffs, Tom Hubbert, Linda Hubbert, Billy
Kidwell, Tana Kidwell, and Hannah Kidwell hereby adopt, and
re-allege, each, and every allegation in paragraphs 1
through 156 above.

158.    **DUTIES OWED BY THE DEFENDANT**. Defendants Carnival
Cruise Lines, and Micky Arison, owed a duty to each of the
named Plaintiffs to post a true, and correct, copy of any
alleged Passenger Ticket Contract on its public internet
website, where Plaintiffs did business with Defendants.
Carnival, and Micky Arison, breached those duties.

159.    The Defendant, knowing that the <u>binding</u> **Vacation
Guarantee CONTRACT**, conspicuously posted on Defendant's
Internet Website, directly conflicted with Defendant's
alleged Passenger Ticket Contract had a duty to clarify,
and resolve all conflicts between the Vacation Guarantee
Contract, and any alleged Passenger Ticket Contract, so
that the Plaintiffs, and the Defendant, were fully aware
of, and in agreement, as to the terms of any Passenger
Ticket Contract between the parties. **The Defendant breached
this duty, therefore there was no valid Passenger Ticket
Contract.**

160.    The Defendant had a duty to deal honestly with its
customers, and specifically violated that duty by highly
advertising, and conspicuously posting on the Carnival
Cruise Line's Internet Website, that Carnival has the best

Warranty in the business, specifically claiming that Carnival will refund money to passengers, if the passenger is not happy with their cruise, *for any reason*, when the Carnival Defendants refused to honor, and had no intent of ever honoring, their highly advertised Vacation Warranty.

161.   Such conduct is a Fraudulent Business Practice, *pursuant to Florida Law*, and is dishonest, and directly violates well-settled contract law, and basic fairness requiring that Contracts be willingly, knowingly, and intelligently made among the parties.

162.   As a result of Defendant's Passenger Ticket Fraud each of the Plaintiffs were swindled out of the cost of their cruise, swindled out of the enjoyment of their vacation, and forced to suffer an extremely dangerous cruise, in a hurricane, with ports patrolled by armed Mexican Military, and on a ship so filthy, and unfit for humans, that it posed a major health threat to Plaintiffs, causing them substantial illness, and other harm, as described herein.

163.   Plaintiffs seek Declaratory Judgment that Carnival is bound by the only warranty posted at their Internet Website, the Vacation Guarantee Contract.

164.   Plaintiff(s) seek Declaratory Judgment that the alleged Carnival Ticket Contract is not void, and has no effect.

165.   Each Plaintiff seeks return of the cost of their cruise, and all related costs, and expenses.

166.    Each Plaintiff seeks Punitive Damages as described
    herein.


## VI. COUNT 2
## CARNIVAL AND MICKY ARISON'S FRAUDULENT BUSINESS PRACTICES

167.    The Plaintiffs, Tom Hubbert, Linda Hubbert, Billy
    Kidwell, Tana Kidwell, and Hannah Kidwell hereby adopt, and
    re-allege, each, and every allegation in paragraphs 1
    through 166 above.

168.    The failure of Defendants Carnival Cruise Lines, and
    Micky Arison, to be honest about the highly advertised
    Carnival Vacation Guarantee, their failure to be honest and
    inform Plaintiffs that the potable water was not safe to
    drink, or wash in, their failure to tell Plaintiffs the
    Recreation Water Facilities were posed Imminent Health
    Hazards and were recommended by CDC Inspectors to be
    Immediately Closed, and/or the other Fraudulent Conduct by
    Defendants Carnival Cruise Lines, and Micky Arison,
    constituted Fraudulent Business Practices pursuant to
    Florida Law.

169.    Defendants Carnival Cruise Lines, and Micky Arison, in
    a conscious, wanton, intentional disregard for the rights
    of the Plaintiffs, motivated solely by unreasonable
    financial gain, and knowing there was a high likelihood
    Plaintiffs would be harmed, or made extremely ill by their
    conduct, failed to be honest about, or to inform Plaintiffs
    that the potable water was not safe to drink, or wash in,
    and failed to tell Plaintiffs the Recreation Water

Facilities posed Imminent Health Hazards and were recommended by CDC Inspectors to be Immediately Closed.

170.    Plaintiffs seek appropriate Economic, and Non-Economic Damages, and Punitive Damages in the amount of, at least, the amount of Micky Arison's Bonus of Eighty Nine Million Dollars ($89,000,000.00) to deter future wrongful conduct, and Plaintiffs seek all other damages Plaintiffs are entitled to.

## VII. COUNT 3
## CARNIVAL AND MICKY ARISON'S FAILURE TO PROVIDE A SAFE SHIP

171.    The Plaintiffs, Tom Hubbert, Linda Hubbert, Billy Kidwell, Tana Kidwell, and Hannah Kidwell hereby adopt, and re-allege, each, and every allegation in paragraphs 1 through 170 above.

172.    Defendants, Carnival Cruise Line, and Micky Arison, had a DUTY to provide Plaintiffs a Safe Ship, without Imminent Health Hazards.

173.    Defendants, Carnival Cruise Line, and Micky Arison, in a conscious, wanton, intentional disregard for the rights, and safety, of the Plaintiffs, motivated solely by unreasonable financial gain, and knowing there was a high likelihood Plaintiffs would be harmed, or made extremely ill by their conduct, failed in that DUTY.

174.    Plaintiffs seek appropriate Economic, and Non-Economic Damages, and Punitive Damages in the amount of, at least, the amount of Micky Arison's Bonus of Eighty Nine Million Dollars ($89,000,000.00) to deter future wrongful conduct, and Plaintiffs seek all other damages Plaintiffs are entitled to.

## VIII. COUNT 4
## THE CDC, AND UNKNOWN CDC AGENTS, F.O.I.A. VIOLATIONS

175.    The Plaintiffs, Tom Hubbert, Linda Hubbert, Billy Kidwell, Tana Kidwell, and Hannah Kidwell hereby adopt, and re-allege, each, and every allegation in paragraphs 1 through 174 above.

176.    The CDC, and Unknown CDC Agents, have intentionally violated the F.O.I.A. for eight months to deny Plaintiff's *"Meaningful"* Access to that Agency, to OBSTRUCT Plaintiff's Access to this Court, and to cover-up Carnival's ongoing Bioterrorism Attack on the United States.

177.    Plaintiffs see a Court ORDER requiring the CDC, and Unknown CDC Agents, to immediately abide by the F.O.I.A. and to immediately provide Plaintiffs with a copy of all records they have requested these past eight months.

178.    Plaintiffs seek for this Court to require the CDC to pay all F.O.I.A. Costs for acting in Bad Faith.

**IX. COUNT 5**

**THE CDC, AND UNKNOWN CDC AGENTS, INTENTIONAL VIOLATIONS OF THE PUBLIC HEALTH SERVICE ACT 42 U.S.C. SECTION 264**

179.   The Plaintiffs, Tom Hubbert, Linda Hubbert, Billy Kidwell, Tana Kidwell, and Hannah Kidwell hereby adopt, and re-allege, each, and every allegation in paragraphs 1 through 178 above.

180.   Defendants, CDC, and "*Unknown*" CDC Agents, have a <u>DUTY</u> to protect America's Ports from Disease Infested Foreign Ships, like Carnival Cruise Ships, and when those ships pose Imminent Health Hazards the CDC has a DUTY to obtain a "*Do Not Sail ORDER*" pursuant to 42 U.S.C. Section 264.

181.   Defendants, CDC, and "*Unknown*" CDC Agents, are assisting a Foreign Corporation, the Panama "*Carnival Corporation*", with its Foreign Ships from Panama, to violate 42 U.S.C. Section 264, endangering all of America, and severely harming Plaintiffs with a Secret Bioterrorism Attack on the United States.

182.   This Court has a **<u>DUTY</u>** to stop this ongoing Bioterrorism Attack on the United States, and to specifically **<u>ORDER</u>** the CDC, and "*Unknown CDC Agents*" to stop violating 42 U.S.C. Section 264, as a "*favor*" for the Billionaire Carnival Defendants, and specifically **<u>ORDER</u>** the CDC to start protecting the United States, by having the CDC fully comply with its OWN 2011 Vessel Sanitation Manual that requires the CDC to issue "*Do Not Sail ORDERS*" to Carnival, for the Carnival Legend, and not allow that

Disease-Ridden Ship to leave port, until all Imminent Health Hazards have been fully, and properly, corrected.

183.    This Court has a **DUTY** to issue an Emergency Injunction, and/or Restraining ORDER, requiring the above, to protect Plaintiffs, and the security of the United States.


## X. COUNT 6

## THE FAILURE OF THE CDC, THE "UNKNOWN" CDC AGENTS, CARNIVAL CRUISE LINE, AND MICKY ARISON TO BE HONEST WITH THE PUBLIC, INCLUDING PLAINTIFFS


184.    The Plaintiffs, Tom Hubbert, Linda Hubbert, Billy Kidwell, Tana Kidwell, and Hannah Kidwell hereby adopt, and re-allege, each, and every allegation in paragraphs 1 through 183 above.

185.    The CDC, *"Unknown"* CDC Agents, Carnival Cruise Line, and Micky Arison have a **DUTY** to make the Public, including Plaintiffs, fully aware when they are secretly given contaminated Human Poop Water to drink, and bathe in, for a week, and when they are exposed to all the other Imminent Health Hazards, as described herein.

186.    The CDC, *"Unknown"* CDC Agents, Carnival Cruise Line, and Micky Arison have intentionally violated that DUTY.

187.    Plaintiffs, and the Public, have not just Constitutional, but Basic Human Rights not to be secretly

given Human Poop Water to drink, and a Basic Human Right to
be told when they are secret victims, as in this case.

188.    Plaintiff seek for this Court to ORDER Defendants to
inform all the victims, *including Plaintiffs*, of each, and
every, specific Imminent Heal Hazard they were secretly
subjected to on the Carnival Legend, from the contaminated
water, to the Food Service, and Recreational Water
Facilities that posed Imminent Health Hazards.

## XI. COUNT 7

## PLAINTIFFS CANNOT RECEIVE BASIC FAIRNESS, OR DUE PROCESS, UNLESS ALL VICTIMS OF DEFENDANT'S BIOTERRORISM ATTACK ARE NOTIFIED

189.    The Plaintiffs, Tom Hubbert, Linda Hubbert, Billy
Kidwell, Tana Kidwell, and Hannah Kidwell hereby adopt, and
re-allege, each, and every allegation in paragraphs 1
through 188 above.

190.    Plaintiff have been OBSTRUCTED in their "*Meaningful*"
Access to this Court, and had to amend their Complaint
because of the massive Obstruction, and massive ongoing
dishonesty by Defendants.

191.    Plaintiff cannot receive basic fairness, or honesty,
in this Court until the Defendants are **ORDERED** to stop
their shenanigans, and required to be completely honest
with all 114,000 victims.

## XII.  COUNT 8

## THE ONGOING BIOTERRORISM ATTACK ON THE UNITED STATES

192.   The Plaintiffs, Tom Hubbert, Linda Hubbert, Billy Kidwell, Tana Kidwell, and Hannah Kidwell hereby adopt, and re-allege, each, and every allegation in paragraphs 1 through 191 above.

193.   All of the Defendants are engaged in an ongoing Bioterrorism Attack on the United States, as described herein.

194.   The Security of the United States is being harmed, as the Carnival Defendants send thousands of "Carriers" all over the United States each week AFTER Carnival has secretly fed them Human Poop Water for a week, and secretly exposed them to highly contagious diseases, such as E-Coli, and the Norovirus.

195.   Plaintiffs are being intentionally endangered each week as Carnival releases 1,124 more passengers, as disease carriers, at the Port of Tampa.

196.   Plaintiffs seek for this Court to ORDER Defendants to make the 114,000 past carriers, and the 1,124 new weekly carriers, fully aware that they have been secretly given Contaminate Human Poop Water to drink for a week by Carnival.

197.   Plaintiffs seek any other relief this Court deems fit.

**RELIEF**

198.    Plaintiffs seek judgment against the Defendants.

199.    Each Plaintiff seeks separate Non-Economic Damages in
an amount this Court deems fit, for pain, and suffering,
mental anguish, loss of enjoyment of their cruise, loss of
enjoyment of life, consortium, and damage to their family
relationships that was caused by being unbearably ill, and
grumpy, which caused family arguments, and sometimes
hateful words, that are never completely forgotten, and
wrongly said when one is in such extreme pain, and/or
misery, and would not have occurred had it not been for the
unbearable, horrific, illness the Defendants intentionally
gave them.

200.    Plaintiffs seek actual damages for the costs of their
vacation(s).

201.    Because of the unique circumstances of this case,
where the Security of the United States is at risk, and
there is a minimum of 114,686 "*Secret*" victims that do not
know they are part of a massive "*Class*" secretly infected
with **Disease Laden Human Poop Water by Defendants for a
week**, including elderly, and minor children, Plaintiffs
seek for this Court, **PRO BONO PUBLICO**, to;

(a) Issue an Emergency ORDER requiring that every Carnival
Passenger secretly given Human Poop Water to drink, eat, and
wash in for a week on the Carnival Legend in the past year be
properly contacted by the CDC, and/or the Court, and fully
advised of those facts.

(b) Appoint adequate Counsel to represent the interests of the United States in this ongoing Bioterrorism Attack.

(C) Issue an Emergency ORDER requiring the CDC to simply "*Do Its Statutory Duty*" to protect the public, and the United States, by investigating each contagious disease outbreak in the United States, and its ties to the 114,686 infected passengers released by Carnival to determine, *for Public Safety*, how many of those disease outbreaks are the direct result of this Bioterrorism Attack by Carnival on the United States.

(d) ORDER to CDC to start following its **OWN** 2011 CDC Vessel Sanitation Inspection Manual, and start protecting America's Ports from Disease-Laden Cruise Ships with Imminent Health Hazards.

(e) ORDER the CDC to issue a "*Boil Alert*" informing passengers that the Potable Water Supply is contaminated on the Carnival Legend.

(f) Immediately close all Recreational Water Facilities on the Carnival Legend as recommended by CDC Inspectors over a year ago.


202.    Plaintiffs seek Declaratory Judgment that the Defendant's alleged Passenger Cruise Ticket Contract directly conflicts with the Defendant's Vacation Warranty Contract, and is not intelligently, willingly, or knowingly made, and under the circumstances is **NOT** valid.

203.    Plaintiffs seek Declaratory Judgment that the Defendant is engaged in fraud as to the CDC Vessel Sanitation Program, and that said violations endangered Plaintiffs, contributed to their illness.

204.    Plaintiffs seek for the Court to, **Pro Bono Publico**, find that Defendant's violations endanger not just thousands of cruise passengers, including Plaintiffs, but endangers whole, major American Port Cities.

205.    Although it is hard to put a price tag on Plaintiffs, including elderly, and a minor child, being secretly given E-Coli Infected Human Poop Water to drink for a week by the Carnival Defendants, because they are so greedy they didn't want to take their filthy ship out of service for a couple of weeks, losing several million dollars in revenue, to clean it up, any jury, or *"Reasonable Person"*, would agree that the Greedy Billionaire should pay at least one million dollars ($1,000,000) to each Plaintiff secretly given poop water for a week, as actual Economic, and/or actual Non-Economic, Damages.

206.    Therefore, each of the five (5) Plaintiffs seek Economic, and/or Non-Economic, Damages in the extremely fair amount of One Million Dollars ($1,000,000) **for EACH Plaintiff**, (a total of Five Million Dollars) for being intentionally, secretly, given Contaminated E-Coli Infected Human Poop Water for a week to drink, shower, and wash in, along with the other described Imminent Health Hazards they were subjected to.

207.    Plaintiffs seek appropriate Punitive Damages, **_at a_**
**_minimum_**, in the full amount of Defendant Micky Arison's
"*Special Dividend*" from the Defendant Carnival Cruise
Lines, which is a **_minimum_** of Eighty Nine Million Dollars
($89,000,000.00) in Punitive Damages.

208.    This Court, *in all probability*, should find much more
"*Substantial*" Punitive Damages are warranted, but to award
anything less than the amount of Micky Arison's "*Special
Dividend*" would not even slow down the wrongful conduct of
Defendants, and would be an outrageous mockery of justice,
*under the circumstances*, given the conduct of Carnival, and
Micky Arison, and the way they do business.

209.    Plaintiffs seek any, and all, other relief that this
Court deems to be appropriate.


### VERIFICATION

Plaintiffs hereby verify that all of the facts, and
statements, contained in this Second Amended Verified Complaint
are true, and correct, to the best of their knowledge, and
beliefs.


Respectfully submitted,

*Tom L. Hubbert*                               December 15, 2012

Tom Hubbert, *Pro Se*

_Linda Hubbert_

December 15, 2012

Linda Hubbert, *Pro Se*

_Billy R. Kidwell_

December 15, 2012

Billy Kidwell, *Pro Se*

_Tana Kidwell_

December 15, 2012

Tana Kidwell, *Pro Se*

_Hannah Kidwell_

December 15, 2012

Hannah Kidwell, *Pro Se*


CERTIFICATE OF SERVICE

Plaintiffs hereby certify that they have served a true and
correct copy of the attached on all parties.


_Tom L. Hubbert_

December 15, 2012

Tom Hubbert, *Pro Se*

_Linda Hubbert_

December 15, 2012

Linda Hubbert, *Pro Se*

December 15, 2012

Billy Kidwell, *Pro Se*

December 15, 2012

Tana Kidwell, *Pro Se*

December 15, 2012

Hannah Kidwell, *Pro Se*

PS0000100000014

UNIT...

Flat F

Visit u

United States Postal Service®

# DELIVERY CONFIRMATION™

PRIORITY®



0312 2120 0002 3972 2307

E

INTERNATIONAL RESTRICTIONS APPLY.

Customs forms are required. Consult the
International Mail Manual (IMM) at pe.usps.gov
or ask a retail associate for details.

Label 228, January 2008

UNITED STATES POSTAL SERVICE

PRIORITY®
MAIL

For Domestic
and International Use



TM

From



**TO**
Clerk of Court
United States District Court
400 North Miami Avenue
Miami, Florida 33128

PLEASE PRESS FIRMLY



UNITED STATES
POSTAL SERVICE

1006

33128

PRIORITY MAIL

U.S. POSTAGE
PAID
PORT CHARLOTTE, FL
33948
DEC 15, '12
AMOUNT
**$5.90**
00245181-13

Please
Recycle