UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 12-23829-CIV-COHN-SELTZER

TOM HUBBERT, LINDA HUBBERT,
BILLY RAY KIDWELL, TANA KIDWELL,
HANNAH KIDWELL

    *Plaintiffs*,
vs.

CARNIVAL CORPORATION,

    *Defendant.*
_____/

# NOTICE OF APPEARANCE

Jeffrey E. Foreman, Esq. of the law firm of Foreman Friedman, PA hereby files his Notice of Appearance as counsel for Defendant, CARNIVAL CORPORATION, and hereby requests that all future pleadings, motions, notices, orders and other documents filed by the parties and the Court be served on Mr. Foreman.

Dated:    January 15, 2013
              Miami, Florida

CASE NO. 12-23829-CIV-COHN-SELTZER

Respectfully submitted,

**FOREMAN FRIEDMAN, PA**

BY: /s/*Jeffrey E. Foreman*
    Jeffrey E. Foreman
    jforeman@fflegal.com
    Florida Bar No. 0240310
    Catherine J. MacIvor
    cmacivor@fflegal.com
    Florida Bar No. 932711
    One Biscayne Tower, Suite 2300
    2 South Biscayne Boulevard
    Miami, FL  33131
    Phone: 305-358-6555
    Fax: 305-374-9077
    *Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 15, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to electronically receive Notices of Electronic Filing.

    */s/ Jeffrey E. Foreman*
    Jeffrey E. Foreman

CASE NO. 12-23829-CIV-COHN-SELTZER

**SERVICE LIST**
**Case No. 12-23829-CIV-Judge Cohn/Magistrate Judge Seltzer**

Tom Hubbert
121 Brownhill Lane
Ringgold, GA 30736
*Pro Se*

Linda Hubbert
121 Brownhill Lane
Ringgold, GA 30736
*Pro Se*

BILLY RAY KIDWELL
kidwell18@comcast.net
5064 Silver Bell Drive
Port Charlotte, FL  33948
*Pro Se*

TANA KIDWELL
5064 Silver Bell Drive
Port Charlotte, FL  33948
*Pro Se*

HANNAH KIDWELL
5064 Silver Bell Drive
Port Charlotte, FL  33948
*Pro Se*

Jeffrey E. Foreman, Esq.
jforeman@fflegal.com
Catherine J. MacIvor, Esq.
cmacivor@fflegal.com
Foreman Friedman, PA
One Biscayne Tower, Suite 2300
2 South Biscayne Boulevard
Miami, FL  33131
Phone:  305-358-6555
Fax:  305-374-9077
*Attorneys for Defendant*