UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 12-23829-CIV-COHN-SELTZER

TOM HUBBERT, LINDA HUBBERT,
BILLY RAY KIDWELL, TANA KIDWELL,
HANNAH KIDWELL

    *Plaintiffs*,

vs.

CARNIVAL CORPORATION

    *Defendant.*

_____/

## NOTICE OF FILING DECLARATION OF ALEKSEY SHTIVELMAN

Defendant, Carnival Corporation, hereby gives notice of filing the Declaration of ALEKSEY SHTIVELMAN, attached hereto as Exhibit "A."

Dated: January 25, 2013
       Miami, Florida

                                  Respectfully submitted,

                                  FOREMAN FRIEDMAN, PA

                                  By: /s/*Catherine J. MacIvor*
                                      Catherine J. MacIvor
                                      Florida Bar No.: 932711
                                      cmacivor@fflegal.com
                                      Jeffrey E. Foreman
                                      Florida Bar No.: 240310
                                      jforeman@fflegal.com
                                      Naveen Z. Paul
                                      Florida Bar No.: 98059
                                      npaul@fflegal.com
                                      2 South Biscayne Boulevard
                                      Miami, Florida   33131
                                      Tel.: 305-358-6555/ Fax 305-374-9077
                                      *Attorney for Defendant*

CASE NO. 12-23829-CIV-COHN-SELTZER

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 25, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List via US Regular Mail and Certified, Return Receipt.

*/s/ Catherine J. MacIvor*
Catherine J. MacIvor

**SERVICE LIST**
**Case No. 12-23829-CIV-Judge Cohn/Magistrate Judge Seltzer**

Tom Hubbert
121 Brownhill Lane
Ringgold, GA 30736
*Pro Se*

Linda Hubbert
121 Brownhill Lane
Ringgold, GA 30736
*Pro Se*

Billy Ray Kidwell
kidwell18@comcast.net
5064 Silver Bell Drive
Port Charlotte, FL  33948
*Pro Se*

Tana Kidwell
5064 Silver Bell Drive
Port Charlotte, FL  33948
*Pro Se*

Hannah Kidwell
5064 Silver Bell Drive
Port Charlotte, FL  33948
*Pro Se*

Jeffrey E. Foreman
jforeman@fflegal.com
Catherine J. MacIvor
cmacivor@fflegal.com
Naveen Z. Paul
npaul@fflegal.com
Foreman Friedman, PA
One Biscayne Tower, Suite 2300
2 South Biscayne Boulevard
Miami, FL  33131
Phone:  305-358-6555
Fax:  305-374-9077
*Attorneys for Defendant*