UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 12-23829-CIV-COHN-SELTZER

TOM HUBBERT, LINDA HUBBERT,
BILLY RAY KIDWELL, TANA KIDWELL,
HANNAH KIDWELL

    *Plaintiffs*,

vs.

CARNIVAL CORPORATION

    *Defendant.*

_____/

**DEFENDANT'S RULE 11(a) MOTION AGAINST PLAINTIFFS,
TOM AND LINDA HUBBERT**

Defendant, Carnival Corporation ("Carnival"), respectfully requests this Court to enter an Order striking the First Amended Complaint ("FAC") pursuant to Rule 11(a) for failure of the *pro se* Plaintiffs, Tom and Linda Hubbert ("Hubbert Plaintiffs"), to sign the First Amended Complaint ("FAC") [DE 5 p. 49] as set forth more specifically below:

**I.    The Hubbert Plaintiffs Failed to Sign the FAC in Contravention of Rule 11(a)**

The FAC lists five (5) Plaintiffs in the caption: Tom and Linda Hubbert and Billy Ray, Tana and Hannah Kidwell.[1] [DE 5 p. 1]. The FAC acknowledges that there are five (5) *pro se* Plaintiffs who seek damages. [DE 5 p. 2]("The five (5) Plaintiff's (sic) in this case are proceeding Pro Se (sic)…"). The FAC also refers to the five (5) *pro se* Plaintiffs throughout the pleading. [DE 5 pp. 18-19 ¶¶61-65, 23 ¶75, 33-34 ¶¶o-p, 35 ¶¶t and 103, 42 ¶132, 44 ¶138]. The Hubbert Plaintiffs, however, are not listed in the signature section of the FAC, but the Kidwell

---

[1] The Court has already ruled that the Kidwell Plaintiffs must retain an attorney to represent the minor child, Hannah Kidwell by January 28, 2013 or her claims will be dismissed. [DE 11 p. 3 ¶5].

Plaintiffs were listed. [DE 5 p. 49]. Because the Hubbert Plaintiffs are listed in the caption and are referenced throughout the FAC, the undersigned requested Mr. Kidwell to provide a signed pleading with his family members', the Hubbert Plaintiffs, signatures in November 2012, shortly after the amended pleading was filed. *See* November 28, 2012 email from C. MacIvor to B. Kidwell attached hereto as Exhibit "A" ("Pursuant to Rule 11, every pleading must be signed by all parties who are not represented by counsel. Please advise as to whether you intend to file a pleading with their signature and the date on which you intend to do so."). On January 7, 2013, the undersigned's associate, Naveen Paul, sent a letter to the Hubbert Plaintiffs requesting to be advised whether the Hubbert Plaintiffs intend to file a pleading with their signatures and the date on which they intend to do so. *See* 1/7/2013 Letter from N. Paul to Thomas and Linda Hubbert attached hereto as Exhibit "B." As of the filing of this Motion, no signed pleading has been filed nor have the Hubbert Plaintiffs ever responded.

**II.     Rule 11(a) Requires that *pro se* Plaintiffs sign Pleadings**

Federal Rule of Civil Procedure 11(a) provides that "[e]very pleading, written motion, and other paper must be signed by…a party personally if the party is unrepresented." Fed. R. Civ. P. 11(a). Moreover, "[t]he paper must state the signer's address, e-mail address, and telephone number." *Id.* The FAC is not signed by Thomas or Linda Hubbert nor does the FAC have the required contact information. [DE 5 p. 49]. Rule 11 provides that "[t]he court must strike an unsigned paper unless the omission is promptly corrected after being called to the…party's attention." *Id.* The FAC was filed on November 19, 2012. [DE 5]. Since Mr. Kidwell had advised Carnival's counsel that he was authorized to speak on behalf of his family members, the Hubbert Plaintiffs, Carnival's counsel first notified Mr. Kidwell seven (7) weeks ago that the Hubbert Plaintiffs needed to provide a signed pleading to comply with Rule 11.

Exhibit "A." The Hubbert Plaintiffs never provided a signed pleading. After over another month, Carnival sent letters directly to the Hubbert Plaintiffs and there was again no response and no signed pleading has been forthcoming. Exhibit "B." See *Maxwell v. Snow,* 409 F.3d 354, 356 (D.C. Cir. 2005)(failure of *pro se* plaintiff to sign complaint must, upon notification of defect, be corrected promptly or pleading must be stricken); *Warren v. Guelker,* 29 F.3d 1386, 1390 (9th Cir. 1994)(Rue 11 "explicitly applies to parties not represented by attorneys.").

Contrary to the Court's Order, the only Plaintiff to participate in the telephone conference concerning the scheduling order was Billy Ray Kidwell. [DE 9 p. 1]. Despite attempts to contact any of the other Plaintiffs, Carnival has only been able to reach Mr. Kidwell. Because the Hubbert Plaintiffs have not participated in this case, have not responded to correspondence regarding conferring about case-related matters pursuant to the Court's Order and have failed to sign the FAC, Carnival therefore requests that the Court strike the FAC as to the Hubbert Plaintiffs. [DE 5].

WHEREFORE, Defendant, Carnival Corporation, respectfully requests this Court to Strike all portions of the First Amended Complaint [DE 5] referring or relating to Thomas and Linda Hubbert and for all other relief that this Court deems just and proper.

Dated: January 25, 2013
      Miami, Florida

                                  Respectfully submitted,

                                  FOREMAN FRIEDMAN, PA

By: /s/*Catherine J. MacIvor*
     Catherine J. MacIvor
     Florida Bar No.: 932711
     cmacivor@fflegal.com
     Jeffrey E. Foreman
     Florida Bar No.: 240310
     jforeman@fflegal.com
     Naveen Z. Paul

CASE NO. 12-23829-CIV-COHN-SELTZER

Florida Bar No.: 98059
npaul@fflegal.com
2 South Biscayne Boulevard
Miami, Florida  33131
Tel.: 305-358-6555/ Fax 305-374-9077
*Attorney for Defendant*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 25, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List via US Regular Mail and Certified, Return Receipt.

*/s/ Catherine J. MacIvor*
Catherine J. MacIvor

4

CASE NO. 12-23829-CIV-COHN-SELTZER

**SERVICE LIST**
**Case No. 12-23829-CIV-Judge Cohn/Magistrate Judge Seltzer**

Tom Hubbert
121 Brownhill Lane
Ringgold, GA 30736
*Pro Se*

Linda Hubbert
121 Brownhill Lane
Ringgold, GA 30736
*Pro Se*

Billy Ray Kidwell
kidwell18@comcast.net
5064 Silver Bell Drive
Port Charlotte, FL  33948
*Pro Se*

Tana Kidwell
5064 Silver Bell Drive
Port Charlotte, FL  33948
*Pro Se*

Hannah Kidwell
5064 Silver Bell Drive
Port Charlotte, FL  33948
*Pro Se*

Jeffrey E. Foreman
jforeman@fflegal.com
Catherine J. MacIvor
cmacivor@fflegal.com
Naveen Z. Paul
npaul@fflegal.com
Foreman Friedman, PA
One Biscayne Tower, Suite 2300
2 South Biscayne Boulevard
Miami, FL  33131
Phone:  305-358-6555
Fax:  305-374-9077
*Attorneys for Defendant*