UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-23829-CIV-COHN-SELTZER

TOM HUBBERT, LINDA HUBBERT,
BILLY RAY KIDWELL, TANA KIDWELL,
and HANNAH KIDWELL,

      Plaintiffs,

v.

CARNIVAL CORPORATION,

      Defendant.
_____/

## ORDER

THIS CAUSE is before the Court on the document entitled "Plaintiffs' Object to All Discovery by Defendants, Including the Fraudulently Titled 'Initial Interrogatories' Served on Plaintiffs on January 16, 2013, and Move for Phone Hearing" (DE 44) filed by Plaintiffs and was referred to the undersigned pursuant to 28 U.S.C. § 636 (DE 3). Here, Plaintiffs, appearing *pro se*, move the Court to conduct a telephonic hearing on their objection to Defendant engaging in discovery. The Court having considered the Motion and being otherwise sufficiently advised, it is hereby ORDERED that the Motion is DENIED as follows:

    1. To the extent that Plaintiffs move the Court strike Defendant's Interrogatories, served on January 16, 2013, and to "cease said discovery," it is DENIED. Plaintiffs have not shown an adequate legal basis to strike Defendant's Interrogatories, served on Plaintiffs on January 16, 2013. Indeed, Defendants (and Plaintiffs) are entitled to proceed with discovery in this case pursuant to the Court's Scheduling Order entered on January 8, 2013. See Order (DE 26) (setting March 29, 2013, as the deadline to complete fact

discovery and April 5, 2013, as the deadline to complete expert discovery).

2. To the extent that Plaintiffs move the Court to impose sanctions against Defendant for serving them with discovery requests on January 16, 2013, it is DENIED.

3. To the extent that Plaintiffs move the Court to hold a telephonic hearing regarding their objection to Defendant engaging in discovery, it is DENIED. At this juncture, the Court finds that a hearing is not warranted. See S.D. Fla. L.R. 7.1 (b) (discussing that the "Court in its discretion may grant or deny a hearing as requested").

DONE AND ORDERED in Fort Lauderdale, Florida, this 25th day of January 2013.

_____
BARRY S. SELTZER
CHIEF UNITED STATES MAGISTRATE JUDGE

Copies to:

Honorable James I. Cohn
United States District Judge

All Counsel of Record

Tom Hubbert and Linda Hubbert
121 Brownhill Lane
Ringgold, Georgia 30736

Billy Ray Kidwell, Tana Kidwell, and Hannah Kidwell
5064 Silver Bell Drive
Port Charlotte, Florida 33948