UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

FILED by _____ D.C.
FEB 06 2013
STEVEN M. LARIMORE
CLERK U.S DIST CT.
S. D. of FLA. - MIAMI

TOM HUBBERT, et al.,
    Plaintiff
v.

CARNIVAL CORPORATION,
    Defendant

**Case No.**

**12-23829-CIV-COHN-SELTZER**

## MOTION FOR RECUSAL OF JUDGE JAMES COHN, AND MAGISTRATE BARRY S. SELTZER, FOR FIXING CASES FOR CARNIVAL CRUISE LINES, AND ATTEMPTING TO CAUSE THE DEATH OF AT LEAST ONE PLAINTIFF

Comes the Plaintiff(s) pursuant to Title 28 § 455(a), and Title 28 § 455(b)(1), hereby move that Judge James Cohn, and Magistrate Barry S. Seltzer, be disqualified for;

1. Fixing cases for Carnival Cruise Lines, *when the Pro Se Victim is unable to obtain counsel, and must proceed Pro Se*, by

(a) This Court using bias, dishonest "*tactics*", such as this Court requiring the *Pro Se Litigants* to strictly comply with the "*Rules*", while this Court waives, and encourages, Carnival Cruise Lines Attorneys to violate those same Rules.

(b) This Court denying *Pro Se Litigants* even a smidgen of fairness, or "*Due Process*", by this Court **RUBBERSTAMPING** Motions by Carnival Attorneys **APPROVED**, without allowing the *Pro Se Litigants* to even file a response, or to oppose Carnival's Motions, despite there being no valid reason for the denial of Due Process, or a valid reason for Ex-Parte Orders.

-1-

-2-

(c) The "*Policy*" of this Court to encourage Officers of this Court, <u>in the form of Carnival Attorneys</u>, to contact *Pro Se Litigants* and to give **UNREPRESENTED** *Pro Se Litigants* bad legal advice that is "*favorable*" to Carnival Cruise Lines.

(d) The "*Policy*" of this Court to encourage Officers of this Court, <u>in the form of Carnival Attorneys</u>, to contact *Pro Se Litigants*, and to engage in fake Settlement Discussions, making false promises to *Pro Se Litigants*, as a means of obtaining discovery in violation of Rule of Civil Procedure 26(D) which specifically prohibits Discovery "*From any source*" before the parties have conferred as required by Rule 26 (f).

(e) The "*Policy*" of this Court to ignore, <u>and cover-up</u>, direct contradictions, and outright lies, by Officers of this Court, *Carnival Attorneys*.

(f) The "*Policy*" of this Court to cover-up that Carnival Attorneys are allowed to contact **UNREPRESENTED** *Pro Se Litigants*, and falsely promise to "*refund*" expenses in a Settlement, in a scheme to trick the *Pro Se Litigants* into discovery, <u>before the parties have conferred</u>.

(G) The "*Policy*" of this Court to allow Carnival Attorneys to trick **UNREPRESENTED** *Pro Se litigants* into throwing away evidence that is necessary for a fair trial, by making the *Pro Se Litigants* believe the case is **SETTLED**, and to believe that the only records they need to keep is bills to get "*reimbursed*".

(H) The Policy of this Court to <u>rig</u> *Pro Se Cases* for Carnival Cruise Lines.

2. When the shenanigans of a fake Settlement by Officers of this Court did not frustrate the *Pro Se Litigants* enough to get the *Pro Se Litigants* to give up, Judge James Cohn, and Magistrate Barry S. Seltzer, <u>as part of this Court's scheme to "*fix*" Cases filed by *Pro Se Litigants* against Carnival Cruise Lines</u>, engaged in a "*Policy*" of harassing the *Elderly, Deathly-Ill, Pro Se Litigants*.

(a) Magistrate Barry S. Seltzer, who has stated in Public Records that he conducts hearings by phone, and while knowing that the *Pro Se Plaintiffs* are so Deathly-Ill that **at least two of the *Pro Se Plaintiffs* could die from a trip to Miami for his hearing**, and while knowing that, *in the very least*, the Elderly Deathly-Ill Plaintiffs would have their disabilities irreparably aggravated, did <u>ORDER</u> the Plaintiffs to personally attend a Scheduling Conference Hearing, while fully aware that his <u>ORDER</u> could cause the death of Plaintiff Tom Hubbert, and/or Billy Kidwell, and irreparably aggravate their disabilities.

(b) Plaintiffs, Tom Hubbert, and his wife, Linda Hubbert, made this Court fully aware that they are Elderly, that they live over Eight Hundred (800) miles from the Court, that Tom Hubbert is in dire health, receiving care for Life-Threatening Cancer, and a bad heart, *among other disabilities*, and that his wife Linda is Elderly with a bad heart, and almost died from Carnival's E-Coli Poisoning.

(C) Plaintiff, Billy Kidwell, a Highly Decorated 100% Service-Connected Disabled Veteran, made this Court fully aware that he is elderly with a number of Life-Threatening Disabilities, including a Severe Stress Disorder that has caused at least two Life Threatening Stress-Caused Heart Attacks, resulting in

Kidwell's heart operating at only 43%, that Kidwell's Back is shattered from being blown up in Vietnam, rendering him unable to walk most of the time, that a recent MRI of Kidwell's back at the Saint Petersburg VA discovered Kidwell has an Aortic Aneurysm that can cause Kidwell's death by Kidwell merely getting upset, raising his blood pressure, which can cause the Aneurysm to burst, and causing Billy Kidwell to bleed to death.

(D) In Florida it is a Felony pursuant to Florida Statute 825.102 for someone to harass, or abuse, an Elderly, or Disabled Person.

(E) The Plaintiffs made Judge James Cohn fully aware that his Magistrate, Barry Seltzer, was harassing the *Elderly, Severely Disabled, Pro Se Litigants* wanting Deathly Ill Tom Hubbert to travel over 800 miles to a Scheduling Conference, and wanting Billy Kidwell to travel in massive pain, with a bad heart, and an Aortic Aneurysm that could quickly kill him.

(F) Plaintiff, Billy Kidwell, made the Court aware that his wife, Plaintiff Tana Kidwell, was needed to attend Plaintiff Kidwell, who is unable to even walk, or cannot travel a mere two miles without getting deathly ill.

(G) Plaintiff Billy Kidwell also made Judge Cohn fully aware that he had a possibly life-saving medical procedure scheduled at the VA Clinic at Cape Coral that conflicted with Kidwell traveling to Miami for a Scheduling Hearing.

(H) Judge James Cohn issued a Court ORDER **ADMITTING** that the Scheduling Hearing **was not necessary**, and in essence **ADMITTED** that the true purpose of the Scheduling Conference was to harass

the *Deathly-Ill Pro Se Plaintiffs*, and then allowed the Order for the Scheduling Conference Harassment to stand.

(I) The intentional harassment by Judge Cohn, and Magistrate Seltzer, intentionally caused Plaintiff, Billy Kidwell, to suffer such undue stress, **in direct violation of Kidwell's doctor's ORDERS**, that Kidwell sunk into deep depression, and suffered heart pains requiring Nitro Pills, *sporadically*, for several weeks, substantially deteriorating Plaintiff Billy Kidwell's health.

All for a hearing Judge Cohn said was not necessary, and which could have been conducted by phone, *if it was necessary*, and not a blatant act of harassment by a dishonest Federal Judge, working with his dishonest Magistrate, to fix a case for a Billionaire.

3. Judge James Cohn, and Magistrate Seltzer, did clearly misuse their Public Office to intentionally violate Florida Statute 825.102 intentionally inflicting both physical and very substantial psychological injury, on the Elderly, Disabled, and Deathly-Ill Plaintiff, Billy Kidwell in direct violation of Florida Statute 825.102.

## AN UNCONSTITUTIONAL CONFLICT

The *Pro Se Plaintiffs* are entitled to an Impartial Hearing Body.

The Plaintiff have been illegally abused since filing this case and have sent, and/or, are in the process of sending

Complaints, to law enforcement seeking Criminal Charges against Judge Cohn, and Magistrate Seltzer, for their criminal abuse of the Elderly, and Disabled, that come to their Court seeking justice.

*In addition*, Plaintiffs are filing Complaints with the Congressional, and Senate Committees on the Judiciary seeking impeachment of Judge Cohn, and Magistrate Seltzer, for their intentional abuse of the Elderly, and Disabled.

Plaintiffs by seeking both a Criminal Investigation of District Court Judge Cohn, and Magistrate Seltzer, have created a situation where there is a Constitutional Conflict of Interest for Judge Cohn, or Magistrate Seltzer, or one of their "*Friends*" to sit in judgment on this case.

Plaintiffs have a Constitutional Right to an Impartial Hearing Body.

**THEREFORE**, both Judge Cohn, and Magistrate Seltzer, have both a Statutory and a Constitutional DUTY to recluse themselves in this case.

Respectfully submitted,

_____    February 4, 2013

Billy Kidwell, *Pro Se*

(For himself and his Plaintiff Family)

## CERTIFICATE OF SERVICE

Plaintiffs hereby certify that they have served a true and correct copy of the attached on all parties in this case, by placing a copy of same in the U.S. Mail addressed to them on this the 4th day of February 2013.

_____
Billy Kidwell, *Pro Se*

PLEASE PRESS FIRMLY



1006

33128

**PRIORITY MAIL**

POSTAL SERVICE



ıg Envelope

From:/Expéditeur:



:TIONS APPLY:

:d. Consult the
'IMM) at pe.usps.gov
r details.

To:/Destinataire:

Clerk of Court
United States District Court
400 North Miami Avenue
Miami, Florida 33128

Country of Destination:/Pays de destination:

G NUMBER



:035 4511 04



1000014